**Thomas J. Erickson**
**Attorney at Law**
**The Landmark Building**
**316 N. Milwaukee St., Ste. 206**
**Milwaukee, WI 53202**
**(414) 271-0678**
**f: (414) 751-5183**

August 22, 2013

Hon. C.N. Clevert, Jr.
US District Court
US Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: USA v. Michael Bond
    Case No. 10-CR-117

Dear Judge Clevert:

Please consider this letter to be a formal request to modify the conditions of Mr. Bond's release by ordering that the requirement of electronic monitoring be terminated.

In support of this request, Mr. Bond has been on electronic monitoring since June 5, 2013. I have spoken to USPO Jessica Hoene who has informed me that Mr. Bond has had no violations and that her office takes no specific position in regard to this request.

Very truly yours,

/s/
Thomas J. Erickson


TJE/ms

cc: Erica O'Neill, AUSA